■ In the Matter of DEBORAH A. DANIELS, Respondent, v DAVID E. COLLINS, Appellant. [616 NYS2d 293] —Motion for leave to appeal as poor person and for assignment of counsel denied and appeal dismissed. Memorandum: The order is not appeal-

able as of right *(see, Matter of Cheryl A. B. v Michael Anthony D.,* 197 AD2d 851). Present—Pine, J. P., Balio, Lawton, Fallon and Doerr, JJ.